# United States District Court

**EASTERN DISTRICT OF VIRGINIA**
**401 COURTHOUSE SQUARE**
**ALEXANDRIA, VIRGINIA 22314-5799**

CHAMBERS OF
GERALD BRUCE LEE

TELEPHONE (703) 299-2117
FACSIMILE (703) 299-3339

August 26, 2004

The Honorable Mary Lisi
Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, D.C. 20544

Re: My Amended 2003 FDR Report

Dear Judge Lisi:

This letter is to file an Amended 2003 Annual Financial Disclosure Report and to respond to questions you posed in your July 27, 2004 letter. Let me thank your committee and staff for your careful review of my initial submission. There are errors in my initial filing and I accept full responsibility for them. I would now like to address your discrete inquires.

First, I adopted each of the Committee's observations and made amendments to Part III A, Part IV, lines 2 and 4, and Block 5, and Part I positions. These changes are included or omitted in the Amended Financial Disclosure Report.

Second, regarding Part VII, Line 8 "Alger Midcap Growth"

I made a mistake by listing this stock. Upon further review, I sold this stock September 7, 2001 and I listed the sale of the stock on my 2002 Financial Disclosure Report at line 12. I do not own this stock.

Page Two
Judge Lee letter to
Judge Mary Lisi, Chair
Financial Disclosure Committee
Judicial Conference of the U.S.
August 26, 2004


### Third, regarding item 5 of your letter: Co-Executor Real Estate

You are correct that I did not list that we earned no income from this undeveloped single lot. I corrected the entry.

### Fourth, regarding item 6 of your letter: Alger Money Market Fund

Again, I made a mistake in not listing this stock earlier. My research reveals I first purchased this fund in January, 2002 and I should have disclosed it last year. This fund replaced the Alger Mid-Cap Growth stock. I have made the proper disclosure in line 8.

Additionally, I have noted in the Amended FDR that I sold my interest in the Alger Capital Appreciation Fund in September, 2001 in line 5.

I trust the Amended Financial Disclosure Report and my letter are fully responsive to your requests. If you require any additional information, please contact me. Thank you.

Cordially,

Gerald Bruce Lee



RECEIVED SEP 2 11 18 AM '04 FINANCIAL DISCLOSURE OFFICE

AMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

AO-10
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Lee, Gerald B | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>8/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge-Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,　　Date<br><br>◯ Initial　　● Annual　　◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br><br>Alexandria, Virginia 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. | 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |

AMENDED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 8/26/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2003 | ████████████████ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Federal Bar Association and US Sentencing Commission Seminar Miami, Florida | transportation, meals, hotel May 28-30, 2003 |
| 2. | University of South Carolina Law School, BLSA Graduates Speech, Columbia, SC | transportation, hotel,, meals 3/21-23/2003 |
| 3. | University of Virginia Trial Advocacy Institute , UVA Law School, Charlottesville, Va | trasnsportation, hotel, meals 1/9-10/2003 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 8/26/2004 |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 2

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 8/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | D | Interest | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 5. Alger Capital Appr Fund | C | Dividend | J | T | sold | 9/01 | J | | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 7. Johnson Controls | A | Dividend | J | T | | | | | |
| 8. Alger Money Market Fund | B | Dividend | J | T | buy/monthly | 9/01 | | | |
| 9. Vanguard Total Stock Index Fund, IRA | F | Dividend | L | T | | | | | |
| 10. Vanguard Total Stock Mkt Index IRA | B | Dividend | K | T | | | | | |
| 11. Vanguard US Growth IRA | E | Dividend | J | T | | | | | |
| 12. Vanguard US Growth Fund IRA | B | Dividend | J | T | | | | | |
| 13. Vanguard 500 Index Fund IRA | B | Dividend | J | T | - | | | | |
| 14. Vanguard Capital Opp IRA | E | Dividend | K | T | | | | | |
| 15. Vanguard Treasury M/Market Fund | D | Dividend | K | T | Buy monthly | | J | | |
| 16. Co-executor Real estate         Washington, D.C. | | None | K | S | | | | | |
| 17. Fidelity Fund IRA | A | Dividend | J | T | | | | | |
| 18. Fidelity Aggressive Growth IRA | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less    K  = $15,001-$50,000   L  = $50,001-$100,000   M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                   P3 = $25,000,001-$50,000,000            P4 = More than $50,000,000
3. Value Method Codes:      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gerald B | 8/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vanguard Health Care Fnd IRA | A | Dividend | J | T | | | | | |
| 20. TIAA CREF Growth Equity Fund | A | Dividend | J | T | Buy/mo. | | | | |
| 21. STI Classic Growth and Inc. Fund, IRA | E | Dividend | K | T | buy* | 07/03 | | | |
| 22. Sun Trust Stable Asset, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 23. Janus Adviser International Fund, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 24. MFS Mid Cap Growth Fund | D | Dividend | J | T | buy* | 07/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Lee, Gerald B | Date of Report<br><br>8/26/2004 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII A.
Co-Executor Real Estate Washington, D.C. The assesssed value of this land is approximately $32,00.00 and I owm a one-third interest in this undeveloped land.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Lee, Gerald B | Date of Report<br><br>8/26/2004 |
|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B | 8/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date _August 26, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lee, Gerald B | 2. Court or Organization Eastern District of Virginia | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.District Judge-Active | 5. ReportType (check appropriate type) ⦿ Nomination, Date ⦿ Initial ⦿ Annual ⦿ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 401 Courthouse Square Alexandria, Virginia 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

RECEIVED MAY 21 11 16 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. | 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee, Gerald B | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/ | ██████████████ | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Federal Bar Association and US Sentencing Commission Seminar Miami, Florida | transportation, meals, hotel May 28-30, 2003 |
| 2. | ED VA Judges Meeting, Irvington, VA | trasnportation hotel and meals 10/8-10/2003 |
| 3. | University of South Carolina Law School, BLSA Graduates Speech, Columbia, SC | transportation, hotel,, meals 3/21-23/2003 |
| 4. | 4th Circuit Judicial Workshop, Federal Judicial Center, Wrightsville, NC | transportation, hotel, meals 3/24-3/26/2003 |
| 5. | University of Virginia Trial Advocacy Institute , UVA Law School, Charlottesville, Va | trasnsportation, hotel, meals 1/9-10/2003 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | | | | |
|---|---|---|---|---|---|
| Name of Person Reporting | Date of Report |
| Lee, Gerald B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Virginia Retirement System Va. Cir. Ct. Pension 92-98 | D | Interest | K | T | | | | | |
| 2. Alliance Capital Reserves Money Market Fund (401)(K) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | | | | | |
| 4. Opp Quest for Opty A Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 5. Alger Capital Appr Fund | C | Dividend | J | T | Buy/monthly | | J | | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy/monthly | | J | | |
| 7. Johnson Controls | A | Dividend | J | T | | | | | |
| 8. Alger Midcap Growth | B | Dividend | | | | | | | |
| 9. Vanguard Total Stock Index Fund, IRA | F | Dividend | L | T | | | | | |
| 10. Vanguard Total Stock Mkt Index IRA | B | Dividend | K | T | | | | | |
| 11. Vanguard US Growth IRA | E | Dividend | J | T | | | | | |
| 12. Vanguard US Growth Fund IRA | B | Dividend | J | T | | | | | |
| 13. Vanguard 500 Index Fund IRA | B | Dividend | J | T | | | | | |
| 14. Vanguard Capital Opp IRA | E | Dividend | K | T | | | | | |
| 15. Vanguard Treasury M/Market Fund | D | Dividend | K | T | Buy monthly | | J | | |
| 16. Co-executor Real estate      Washington, D.C. | | | K | S | | | | | |
| 17. Fidelity Fund IRA | A | Dividend | J | T | | | | | |
| 18. Fidelity Aggressive Growth IRA | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100.001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
                                                      V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Vanguard Health Care Fnd IRA | A | Dividend | J | T | | | | | |
| 20. TIAA CREF Growth Equity Fund | A | Dividend | J | T | Buy/mo. | | | | |
| 21. STI Classic Growth and Inc. Fund, IRA | E | Dividend | K | T | buy* | 07/03 | | | |
| 22. Sun Trust Stable Asset, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 23. Janus Adviser International Fund, IRA | D | Dividend | J | T | buy* | 07/03 | | | |
| 24. MFS Mid Cap Growth Fund | D | Dividend | J | T | buy* | 07/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII A.
Co-Executor Real Estate Washington, D.C. The assesssed value of this land is approximately $32,00.00 and I owm a one-third interest in this undeveloped land.

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date May 15, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544